FILED IN OPEN COURT
8/26/2021
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | Case No. 3:21-mj- 1418-JRK |
| LUIS FELIPE SILVA-MARTINEZ | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 11, 2021, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about December 11, 2012, and on or about May 5, 2015,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Monica Peets

Sworn to before me and subscribed in my presence,

on August 26, 2021    at    Jacksonville, Florida

JAMES R. KLINDT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CRIMINAL COMPLAINT AFFIDAVIT

I, Monica Peets, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1.  Your affiant has been a Deportation Officer for ICE since 2015 and before that was an Immigration Enforcement Agent with ICE since 2011. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2.  As part of an immigration investigation, your affiant was advised of the following facts by Officer Brunson of the Jacksonville Sheriff's Office. Officer Brunson is assigned to the 287(g) program at the Duval County Pretrial Detention Facility in Duval County, in the Middle District of Florida. The 287(g) program was authorized under section 287(g) of the Immigration and Nationality Act and permits a state officer to be deputized "to perform a function of an immigration officer in relation to the investigation, apprehension, or detention of aliens in the United States . . . ." 8 U.S.C. § 1357(g).

3.  Officer Brunson advised your affiant that on July 11, 2021, he was notified that an individual who identified himself as LUIS FELIPE SILVA-



MARTINEZ had been booked into the Duval County jail and had stated during the booking process that he was born in Mexico on a date in 1989. Officer Brunson ran immigration database checks for a Mexican citizen named LUIS FELIPE SILVA-MARTINEZ and the checks showed no record that a Mexican citizen with that name had ever been legally admitted into the United States.

4. On the same date, Officer Brunson entered SILVA-MARTINEZ's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that SILVA-MARTINEZ had been previously encountered and had been assigned an Alien Registration number ("A-number"). Officer Brunson then conducted additional ICE database checks using the A-number and the records reflected that SILVA-MARTINEZ is a citizen of Mexico who has been previously deported or removed from the United States to Mexico on two occasions. Officer Brunson lodged an ICE detainer against SILVA-MARTINEZ with the Duval County jail.

5. On August 19, 2021, the Duval County jail notified ICE Jacksonville that the local charges for SILVA-MARTINEZ were resolved and that he was ready to be picked up on the ICE detainer. On the same date, SILVA-MARTINEZ was administratively arrested and transported into ICE custody at the Baker County jail in Macclenny, Florida.

6. On August 19, 2021, your affiant reviewed the Alien Registration file ("A-file") for SILVA-MARTINEZ. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that SILVA-MARTINEZ is a citizen of Mexico who has been previously deported or removed from the United States to Mexico on two occasions: on December 11, 2012, through Brownsville, Texas, and May 5, 2015, through Del Rio, Texas. The A-file contained no record that SILVA-MARTINEZ had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last removal.

7. On August 19, 2021, at approximately 7:35 a.m., your affiant advised Assistant United States Attorney Arnold B. Corsmeier of the foregoing facts and he authorized criminal prosecution of SILVA-MARTINEZ.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that LUIS FELIPE SILVA-MARTINEZ is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States after having

been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Monica Peets, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida